

# Fourth Court of Appeals
## San Antonio, Texas

June 13, 2018

No. 04-17-00778-CR

Marco **TULIO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR10853
Honorable Lorina I. Rummel, Judge Presiding

# O R D E R

    The Appellant's Motion for Extension of Time to File Brief is GRANTED. The appellant's brief is due July 9, 2018. **Further extensions of time will be disallowed.**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of June, 2018.

_____
Keith E. Hottle
Clerk of Court